UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANITA HOWARD | : | |
|     Plaintiff, | : | Civil No. 3:22-CV-476 |
| v. | : | |
| ANTHEM, INC. | : | |
|     Defendant | : | September 30, 2022 |

## PLAINTIFF'S STIPULATION

I agree not to seek a judgment in this action against defendant for an amount greater than $75,000. I further agree that no judgment shall enter against defendant for a sum greater than $75,000, exclusive of interest and costs, and should the finder of fact return a verdict in my favor in an amount greater than $75,000, the verdict will be reduced to $75,000 and judgment will enter for that amount, exclusive of interest and costs. Finally, I agree that should I seek to join additional defendants to this action who were agents, employees, or servants of defendant, the total judgment or award as against all defendants shall not exceed $75,000, again, exclusive of interest and costs.

LAW OFFICES OF PATRICIA A. COFRANCESCO
89 Kimberly Avenue - East Haven, Connecticut 06512
Telephone (203) 467-6003 - Facsimile (203) 467-6004 - Juris No. 300918

*[signature: Anita Howard]*
Anita Howard

By: *[signature]*

THE PLAINTIFF,
ANITA HOWARD

Patricia A. Cofrancesco, Esq.
Law Offices of Patricia A. Cofrancesco
89 Kimberly Avenue
East Haven, CT 06512
Phone: (203) 467-6003
Fax:   (203) 467-6004
Juris. No.: 300918

## CERTIFICATION

This is to certify that the foregoing was mailed by regular First Class mail this 30th day of September 2022 as follows:

Howard M. Wexler, Esq.
Kevin R. Brady, Esq.
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018

*[signature]*
Patricia A. Cofrancesco, Esq.